# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

129228

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GWENDOLYN McCLENDON,
　　　　　Plaintiff-Appellant,

v

DIMITRIOS APOSTOLOU, M.D.,
WALTER FRASHER, PA-C, PETER
MANCINI II, M.D., and HARPER-
HUTZEL HOSPITAL, Jointly and
Severally,
　　　　　Defendants,

and

ALLEN WILLIAMS, M.D., and
MERCY MEMORIAL HOSPITAL
CORPORATION,
　　　　　Defendants-Appellees.

SC: 129228
COA: 260583
Wayne CC: 02-226917-NH

_____/

　　　　On order of the Court, the application for leave to appeal the June 28, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　CAVANAGH and KELLY, JJ., would grant leave to appeal.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006

_____
　　　　　　　　　Clerk